JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>STEVE EDELSON, SONNY ROUEL, JONATHAN SANDOVAL, JOSUE ISAIAS MIRANDA JUAREZ, and DOE DEFENDANTS 1–10,<br><br>　　　　　Defendants. | Case No. CV 20-01891-MWF (Ex)<br><br>The Honorable Michael W. Fitzgerald, United States District Judge<br><br>**JUDGMENT AFTER TRIAL** |

　　　All claims have now been resolved against all parties, as follows:

　　　On February 27, 2020, Plaintiff Garcia commenced this action against Defendants Steve Edelson, Sonny Rouel, Jonathan Sandoval, Josue Isaias Miranda Juarez, and Does 1-10.  (Docket No. 1).

　　　On April 16, 2020, the Clerk entered default against Defendant Sandoval. (Docket No. 15).

　　　On May 5, 2020, the Clerk entered default against Defendant Juarez.  (Docket No. 22).

On October 6, 2021, the Court entered a Pretrial Conference Order dismissing Does 1-10.  (Docket No. 66).

On October 19-20, 2021, this matter came before the Court for a bench trial against Defendants Edelson and Rouel.

On September 29, 2022, the Court issued its Findings of Fact and Conclusions of Law following the bench trial.  The Court dismissed Plaintiff's ADA claim against Defendants Edelson and Rouel, finding that Plaintiff lacked Article III standing, depriving this Court of jurisdiction to adjudicate his claim.  (Docket No. 77).

On October 3, 2022, the Court vacated the defaults entered against Defendants Juarez and Sandoval, having found that the Court lacks jurisdiction over Plaintiff's ADA claim.

Now, therefore, pursuant to Rules 54(a) and Rule 58(b)(1)(C) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. Judgment on all claims is entered in favor of all Defendants and Plaintiff shall take nothing by way of his Complaint.
2. Defendants Edelson and Rouel are awarded their costs as provided by law.

Dated:  October 3, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge